## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>                                    Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc.,<br><br>                                    Plaintiff,<br><br>vs.<br><br>Victory Packaging, L.P.,<br><br>                                    Defendant. | Adversary No. 23-50075 |

### <u>STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING</u>

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

---

[1] The Debtors in these chapter 7 cases along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

Dated: January 10, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

By:    /s/ Peter J. Keane
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com

-and-

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq.
MN SBN 0266292
Nicholas C. Brown, Esq., NC SBN 38054
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: nbrown@askllp.com

-and-

Edward E. Neiger
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342

*Counsel for Plaintiff, Chapter 7 Trustee*

Dated: January 10, 2024

**WHITEFORD TAYLOR & PRESTON, LLC**

/s/ Chad J. Toms
Chad J. Toms, Esq., DE SBN 4155
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 357-3253
Email: ctoms@wtplaw.com

-and-

**DICKINSON WRIGHT PLLC**
Jonathan L. Gold, Esq.
1825 Eye St. NW, Suite 900
Washington, DC 20006
Telephone: (202) 659-6960
Email: JGold@dickinsonwright.com

*Counsel for Defendant, Victory Packaging, L.P.*